AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:19-mj-384 |
| | ) | |
| Martin Moin | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Martin Moin

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 50 U.S.C. § 1701-1706; 31 C.F.R. §§ 560.203 and 560.204; and 18 U.S.C. § 371: Conspiracy to Violate International Emergency Economic Powers Act.

Date: May 14, 2019

City and state: Columbus, OH

*Issuing officer's signature*

Elizabeth Preston Deavers, U.S. Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
|---|
| Date: _____ |
| Arresting officer's signature |
| Printed name and title |